AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No. 1:20-mc-00613
)
Electronic devices listed in Attachment A, currently )
located at FBI, Harrisburg Resident Agency )
228 Walnut St., Harrisburg, PA )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Please see Attachment A of accompanying affidavit.

located in the ____Middle____ District of ____Pennsylvania____, there is now concealed *(identify the person or describe the property to be seized)*:
Please see Attachment B of accompanying affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252(A)(2) | Receipt or Distribution of Child Pornography. |
| 18 USC § 2252(a)(4)(B) | Possession of Child Pornography. |

The application is based on these facts:
I, Angela Strause, being first duly sworn, hereby depose and state as follows:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Angela Strause, SA, FBI
*Printed name and title*

(Telephonic)
Sworn to before me and signed in my presence.

Date: 11/16/2020

/S/ Martin C. Carlson
*Judge's signature*

City and state: Harrisburg, Pennsylvania

Martin C. Carlson, U.S. Magistrate Judge
*Printed name and title*